FILED

07/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0716

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Case No. DA 23-0716**

| | |
|---|---|
| RODNEY BRANDT and HEIDI BRANDT, MARSHALL FLADAGER and NEVA FLADAGER, and LARRY LAUTARET and RENA LAUTARET,<br><br>    Plaintiffs/Counter-Defendants/<br>    Appellees/Cross-Appellants,<br><br>-vs-<br><br>R&R MOUNTAIN ESCAPES, LLC, a Montana Limited Liability Company,<br><br>    Defendant/Counterclaimant/<br>    Appellant/Cross-Appellee. | **ORDER GRANTING UNOPPOSED MOTION FOR FIRST EXTENSION TO FILE COMBINED RESPONSE TO APPELLEES' CROSS APPEAL AND APPELLANT'S REPLY BRIEF** |

Appellant R&R Mountain Escapes, LLC ("Appellant") has filed an Unopposed Motion for First Extension to File Combined Response to Appellees' Cross Appeal and its Reply Brief. Appellant's counsel has represented to the Court that she has contacted counsel for Appellees and Cross-Appellants, Rodney Brandt, Heidi Brandt, Marshall Fladager, Neva Fladager, Larry Lautaret, and Rena Lautaret, and they do not object to this Motion.

For good cause appearing, **IT IS ORDERED** that Appellant's Motion for Extension to File Combined Response to Appellees' Cross Appeal and its Reply Brief is **GRANTED.**

**IT IS FURTHER ORDERED** that Appellant shall have up to and including September 6, 2024, to file its Combined Response to Appellees' Cross-Appeal and Reply Brief.

2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 25 2024